FILED

JUN 15 2017

Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 15-25-M-DWM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| vs. | |
| WADE PATRICK WRIGHT, | |
| Defendant. | |

The United States having filed an unopposed Motion for Final Order of Forfeiture, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on March 21, 2016, (Doc. 30);

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

1

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture (Doc. 48) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Norinko Model GLINC SKS 7.62x39 semiautomatic rifle (serial number 2374609)

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 15th day of June, 2017.

DONALD W. MOLLOY, District Judge
United States District Court

2